

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

July 10, 2020

**VIA ECF**
The Honorable Debra C. Freeman
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

    Re:    *Horowitz v. Spark Energy, Inc. et al.*
            Civil Case No.: 1:19-cv-07534-PGG-DCF

Dear Judge Freeman:

    We represent Defendants Spark Energy, Inc., Spark HoldCo, LLC, Major Energy Services, LLC, Major Energy Electric Services, LLC, and Respond Power, LLC (collectively "Defendants") in the above-referenced matter. Our Substitution of Attorney was filed on July 8, 2020 (Dkt. 47). We write, together with Plaintiff's counsel, pursuant to Your Honor's Scheduling Order dated May 8, 2020 (Dkt. 45), to provide a status update.

    The parties served their Rule 26 initial disclosures on each other on June 26, 2020. Defendants also sent a draft Stipulated and Proposed Confidentiality Order to Plaintiff for the latter's review and are awaiting Plaintiff's edits, if any. Further, Defendants have agreed with the Plaintiff to extend the deadline for all parties to serve initial request for production of documents and interrogatories from July 15, 2020 to July 29, 2020 and to respond to same by September 8, 2020. This request is made in order to allow for new defense counsel to properly review the extensive background on this matter and to prepare appropriate discovery requests. The parties will endeavor to complete the remaining discovery deadlines as set forth in the Scheduling Order.

    We thank the Court for its time and attention to this matter.

Honorable Debra C. Freeman, U.S.M.J.
February 10, 2020
Page 2

Respectfully,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel for Plaintiff (via ECF)