

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

February 8, 2022

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 8, 2022

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Mark Wiederman v. Spark Energy, Inc., et al.*
Civil Case No.: 1:19-cv-04564-PGG-DCF

*Saul Horowitz v. Spark Energy, Inc., et al.*
Civil Case No.: 1:19-cv-07534-PGG-DCF

Dear Judge Gardephe:

We represent Defendants in the above-referenced matters. We write to request a short 2-day extension of the time to file motions for summary judgment in the matters *Wiederman v. Spark Energy*, 1:19-cv-04564 (the "Wiederman Matter") and *Horowitz v. Spark Energy*, 1:19-cv-07534 (the "Horowitz Matter"). This extension is requested due to a declarant's unexpected inability to sign a declaration. This is the third request made for an extension of time in these matters. We apologize for the short notice to the Court due to this unexpected complication. We respectfully submit that this short extension is appropriate to allow for the proper presentation of all evidence on these dispositive motions and will not materially delay the schedule for dispositive motions. Counsel for Plaintiffs in the Wiederman and Horowitz matters consent to this short requested extension. The proposed amended schedule is below.

| **EVENT** | **DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| Service of opening briefs in support of summary judgment | February 8, 2022 | February 10, 2022 |
| Service of opposition briefs | March 8, 2022 | March 10, 2022 |
| Service of reply briefs | March 22, 2022 | March 24, 2022 |

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

The Honorable Paul G. Gardephe
February 8, 2022
Page 2

      We thank the Court for its time and attention to this matter.

      Respectfully,

      /s/ Brian Pete

      Brian Pete of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:

All counsel of record (*via ECF)*

4895-2131-4317.1